623

408 A.2d 534

Commonwealth v. Dandar, Appellant.

Petition for Allowance of Appeal Denied Sept. 14, 1979.

Submitted November 14, 1977. Stephen Toole, Assistant Public Defender, for appellant; Robert S. Bailey, Assistant District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

JACOBS and WATKINS, former P.JJ. and HOFFMAN, J. did not participate in the consideration or decision of this case.

408 A.2d 535

Commonwealth v. Marshall, Appellant.

Submitted October 26, 1978. Louis R. Dadowski, Assistant Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Judgments of sentence affirmed.